JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| OMAR REYNOSO, | ) | Case No. 2:24-cv-07041-MRA-JC |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| J. ANAYA, et al., | ) | |
| Defendants. | ) | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: December 8, 2025

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE